**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1237**

———————

GREGORY E. WEST,

                            Plaintiff - Appellant,

     versus

AMERICAN TELEPHONE & TELEGRAPH TECHNICAL SER-
VICES, INCORPORATED,

                          Defendant - Appellee,

     and

JOHNNIE MOORE,

                          Defendant.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, Chief District
Judge. (CA-99-742)

———————

Submitted: July 27, 2000        Decided: August 2, 2000

———————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gregory E. West, Appellant Pro Se. Ronda Lynn Brown, MCGUIRE,
WOODS, BATTLE & BOOTHE, L.L.P., McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory E. West appeals the district court's order granting the Defendant's motion for summary judgment in his civil action in which he alleged employment discrimination based upon race, gender, and retaliation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See West v. Moore, No. CA-99-742 (E.D. Va. Dec. 16, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 15, 1999, the district court's records show that it was entered on the docket sheet on December 16, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).